UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NETRATINGS, INC.,**
a Delaware corporation,

              **Plaintiff,**

   v.

**WEBTRENDS, INC.,**
a Delaware corporation,

              **Defendant.**

Case No. CV 06-1420-HA

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

   Dated: December 12, 2007

                                   SHERYL S. McCONNELL, Clerk of Court

                              by    /s/ Jenny Raun
                                        Jenny Raun, Deputy Clerk